**Byron CASE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66780.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 2008.

Stephen M. Patton, Kansas City for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Dora Fichter, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE,[1] Judge, and JAMES M. SMART, JR., Judge.

## ORDER

Byron Case appeals the circuit court's judgment to deny Case's motion for post-conviction relief. We affirm in this per curiam order entered pursuant to Rule 84.16(b).